**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 21, 2026

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
White Plains, NY 10606

Re: ***United States v. Bingham et al.*, 26 Cr. 487**

The Government respectfully requests that the Court unseal the indictment in this case. Earlier today, on or about October 21, 2026, federal authorities arrested seven of the eight defendants; the last remaining defendant is currently detained by state authorities in Kentucky in a state criminal proceeding. Accordingly, the Government respectfully submits that the indictment in this case can now be unsealed.

APPLICATION GRANTED.

Dated: October 21, 2026

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

Very truly yours,

JAMES M. McDONALD
United States Attorney
Southern District of New York

By:
David Markewitz
Assistant United States Attorney
(212) 637-2260