LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

October 30, 2026

**VIA ECF ONLY**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**RE:** ***United States v. Jeshon Bingham, 26 CR 487 (KMK)***

Dear Judge Karas:

I represent Jeshon Bingham. When Mr. Bingham first appeared in Court on this matter on October 21, 2026, he was released on a $100,000 bond to be co-signed by two suretors no later than today. The Government approved two financially responsible people. Both have signed the bond, and this morning I emailed the signed pages to the Clerk's Office. Unfortunately, they were not sworn to the bond before the end of the day. Accordingly, I respectfully request an extension of the deadline to complete this process by Friday, November 6, 2026. The Government consents to this request.

Thank you for your consideration.

Granted.

So Ordered.

10/31/26

Respectfully submitted,

s/ *Jill R. Shellow*
Jill R. Shellow

cc: All counsel (by ECF)