UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESHON BINGHAM, et al.,<br><br>*Defendants.* | ~~[PROPOSED]~~ **ORDER**<br><br>26 Cr. 487 (KMK) |

Upon the application of the United States of America, by and through James M. McDonald, United States Attorney for the Southern District of New York, and David A. Markewitz and Christopher Morel, Assistant United States Attorneys, of counsel, and with consent from the defendants who have been arraigned on the indictment, by and through their respective counsel, it is hereby ORDERED that for all defendants who have been arraigned on the indictment, the time from November 4, 2026, through and including the next pretrial conference, which is scheduled for 11/10/26 at 2:00, 2026, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the parties to exchange and review discovery.

Dated: White Plains, New York
November 5, 2026

[signature]
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2026-07-10