Case 7:26-cr-00487-UA Document 46 Filed 11/09/26 Page 1 of 1

LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

November 9, 2026

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Attn: Dawn_Bordes@nysd.uscourts.gov

**RE: *United States v. Jeshon Bingham, 26 CR 487 (KMK)***

Dear Judge Karas:

On October 21, 2026, I was appointed to represent Jeshon Bingham, and because I was unavailable, Andrew G. Patel, Esq., covered Mr. Bingham's presentment. My understanding is that guns were found when the FBI arrested Mr. Bingham, Bronx charges were brought, and following his presentment, NYPD arrested Mr. Bingham. *See People v. Bingham*, CR 29919-26BX (Crim. Ct., Bx. Cnty).

Mr. Bingham's family retained Gilbert Bayonne, Esq., to represent him in the Bronx matter. Mr. Bayonne has been a member of the CJA panel in this District since January 2025. Insofar as common issues could arise in both matters, I believe it is in Mr. Bingham's best interests – as well as a matter of judicial economy – for one lawyer to represent Mr. Bingham in both matters. I have consulted with Mr. Bingham and Mr. Bayonne, and they agree. Accordingly, I respectfully request that I be relieved, and that Mr. Bayonne be appointed pursuant to the Criminal Justice Act to represent Mr. Bingham in the matter pending before Your Honor.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Both requests are granted. Mr. Gilbert Bayonne is appointed to represent Mr. Bingham. Ms. Shellow has the thanks of the Court for her representation in this case.

So Ordered. 11/9/26

cc: Andrew G. Patel, Esq.
Gilbert Bayonne, Esq.
Jeshon Bingham

Admitted: NY, CT, DC